**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| JEREMY WAYNE ATKINS,<br>        PLAINTIFF,[1]<br><br>v.<br><br><br><br>HOA MINH NGUYEN, AN DUY<br>LENGUYEN, THE NAIL ROOM LLC,<br>AND PHAN NGUYEN,<br>        DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§ CASE NO. 3: 25-CV-01784-B-BK<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Amended Complaint, (Dkt. No. 10), will be **DISMISSED WITHOUT PREJUDICE** by separate judgment.

        **SO ORDERED** this 14th day of
April, 2026.

_____
JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff previously asserted claims on behalf of the United States under the False Claims Act but later withdrew those claims. Doc. 9. Plaintiff now proceeds solely in his individual capacity.